[No. 55303-8-I.  Division One.  January 23, 2006.]

PHOENIX N.W. CONSTRUCTION, INC., *Respondent,* v. GREGERSON CUSTOM HOMES, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-40749-6, Mary Yu, J., entered October 27, 2004. *Remanded* by unpublished opinion per Appelwick, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 55364-0-I.  Division One.  January 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT L. VANCE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02090-3, Larry E. McKeeman, J., entered November 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55434-4-I.  Division One.  January 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY PAUL ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00345-9, Michael E. Rickert, J., entered November 12, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55626-6-I.  Division One.  January 23, 2006.]

*In the Matter of the Personal Restraint of* MZEE HARRIS, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.